RECEIVED

MAR 17 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO: 09-CR-00275-01 |
| VERSUS | JUDGE DONALD E. WALTER |
| TRAVIS C. DAVIS | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant's Motion to Suppress (Doc. 23) is denied.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 17 day of March, 2010.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE